**DEBTOR:** **Galway Group Inc**        **CASE NUMBER:** **15-18707**

FILED

2016 AUG -4 PM 1:56

U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT

**OFFICE OF THE UNITED STATES TRUSTEE - DISTRICT OF MARYLAND**
**MONTHLY OPERATING REPORT**
**CHAPTER 11 - BUSINESS DEBTORS**
Form 2-A
**COVER SHEET AND QUESTIONNAIRE**

For Period from: __06/01/16__ to __06/30/16__

**Accounting Method:** _____ Accrual Basis    X    Cash Basis

---

### *THIS REPORT IS DUE 20 DAYS AFTER THE END OF THE MONTH*

Mark One Box for Each        Debtor must attach each of the following reports/documents unless the U. S. Trustee
Required Document:        has waived the requirement in writing.  File the original with the Clerk of Court.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS / DOCUMENTS |
|---|---|---|
| X | _____ | 1.  Cash Receipts and Disursements Statement (Form 2-B) |
| X | _____ | 2.  Post-petition Taxes and Aging Schedules (Form 2-C) |
| X | _____ | 3.  Disbursements Summary for the Month (Form 2-D) |
| X | _____ | 4.  Income and Disbursement Recap - Case to Date (Form 2-E) |
| | | *Submit the form or attach one generated by company's accounting system* |
| X | _____ | 5.  Balance Sheet (Form 2-F) |
| X | _____ | 6.  Profit and Loss Statement (Form 2-G) |
| X | _____ | 7.  Cash Receipts and Cash Disbursements Detail (Form 2-H1 and 2-H2) |
| X | _____ | 8.  Bank Statements for All Bank Accounts |
| _____ | _____ | 9.  Bank Statement Reconciliations for all Bank Accounts |

| QUESTIONNAIRE | Yes | No |
|---|---|---|
| Please answer the questions below: | | |
| 1.  Is the business still operating? | X | |
| 2.  Were all employees timely paid this month? | N/A | |
| 3.  Are all insurance policies and operating licenses current and in effect? | X | |
| 4.  Did you deposit all receipts into your DIP account this month? | X | |
| 5.  Have all taxes been timely paid (payroll, sales, etc.)? | X | |
| 6.  Are you current on U.S. Trustee quarterly fees payments? | X | |
| 7.  Were any assets (other than inventory) sold this month? | | X |
| 8.  Did you open any new bank accounts this month? | | X |

*I declare under penalty of perjury that the following Monthly Operating Report, and any statements and attachmentsare true, accurate and correct to the best of my belief.*

**Executed on:** __08/02/16__        **Print Name:** **Black Creek Consulting**

        **Signature:** _____

        **Title:** Receiver

Rev. 2013-05

DEBTOR: **Galway Group Inc**          CASE NO:          **15-18707**

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT    (See Note A)

For Period:    06/01/16    to    06/30/16

| CASH FLOW SUMMARY | | Current Month |
|---|---|---|
| **1. Beginning Cash Balance** | | $    80,995.90 (1) |
| 2. Cash Receipts | | |
| Operations | 5,400.00 | |
| Sale of Assets | | |
| Loans/advances | | |
| Other | | |
| Total Cash Receipts | | $    5,400.00 |
| 3. Cash Disbursements | | |
| Operations | 157.81 | |
| Owner / Officer disbursements | | |
| Debt Service/Secured loan payment | | |
| Professional fees/U.S. Trustee fees | | |
| Other | | |
| Total Cash Disbursements | | $    157.81 |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | | 5,242.19 |
| **5. Ending Cash Balance (to Form 2-F)** | | $    86,238.09 (2) |

| CASH BALANCE SUMMARY | Financial Institution | Book Balance At End of the Month |
|---|---|---|
| Petty Cash | | $ |
| DIP Operating Account | | 86,238.09 |
| DIP Payroll Account | | |
| Other Account | | |
| TOTAL (must agree with Ending Cash Balance above) | | $    86,238.09 (2) |

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

*(1) Accumulated beginning cash balance is the cash available at the commencement of the case.*
   *Current month beginning cash balance should equal the previous month's ending balance.*
*(2) All cash balances should be the same.*

| NARRATIVE |
|---|

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.

**DEBTOR:** Galway Group Inc       **CASE:** 15-18707

**Form 2-C**

**For Period:** 06/01/16 **to** 06/30/16

## POST PETITION TAXES PAYABLE SCHEDULE

| | Beginning Balance (1) | Accrued / Withheld | Payments / Deposits | Ending Balance |
|---|---|---|---|---|
| Income Tax Withheld: | | | | |
| Federal | $ | $ | $ | $ 0.00 |
| State | | | | 0.00 |
| Local | | | | 0.00 |
| FICA Tax Withheld | | | | 0.00 |
| Employer's FICA Tax | | | | 0.00 |
| Unemployment Tax | | | | |
| Federal | | | | 0.00 |
| State | | | | 0.00 |
| Sales, Use & Excise Taxes | | | | 0.00 |
| Property Taxes | | | | 0.00 |
| Other: | | | | |
| | | | | 0.00 |
| | | | | 0.00 |
| TOTALS | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

(1) For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior report.

## ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING*

| Due | Accounts Receivable | Post Petition Accounts Payables |
|---|---|---|
| Under 30 days | $ 8,400.00 | $ |
| 30 to 60 days | | |
| 61 to 90 days | | |
| 91 to 120 days | | |
| Over 120 days | | |
| **Total Post Petition** | 8,400.00 | |
| **Pre Petition Amounts in Accounts Receivable** | | |
| **Total Accounts Receivable** | $ 8,400.00 | |
| **Total Post Petition Accounts Payable** | | $ 0.00 |

* Attach the Total Page of the aging reports for accounts receivable and post-petition accounts payable.

**DEBTOR:**  Galway Group Inc                **CASE NO:**  15-18707

### Form 2-D
### DISBURSEMENT SUMMARY
**For the Month Ended:**  06/30/16

| | | |
|---|---|---|
| Total Disbursements from Operating Account (Note 1) | $ | 157.81 |
| Total Disbursements from Payroll Account (Note 2) | $ | |
| Total Disbursements from any other Account (Note 3) | $ | |
| Grand Total | $ | 157.81 |

NOTE 1 - Include in this amount all checks written, wire transfers made from, or any other withdrawal from the general operating account. Exclude only transfers to the debtor in possession payroll account or other debtor in possession account where the disbursements will be listed on this report.

NOTE 2 - Include in this amount all checks written, wire transfers made from, or any other withdrawal from the payroll account. Exclude only transfers to the debtor in possession operating account or other debtor in possession account where the disbursements will be listed on this report.

NOTE 3 - Include in this amount any other disbursements made by the debtor including (but not limited to) cash paid from a petty cash fund or cash register, amounts paid from any other debtor in possession account, **and amounts paid from the accounts of others on the debtor's behalf (for example, disbursements made from a law firm's escrow account as a result of a sale of property.)**

### FEE SCHEDULE

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|---|---|---|---|
| $0 to $14,999................... | $325 | $1,000,000 to $1,999,999............. | $6,500 |
| $15,000 to $74,999.......... | $650 | $2,000,000 to $2,999,999............. | $9,750 |
| $75,000 to $149,999....... | $975 | $3,000,000 to $4,999,999............. | $10,400 |
| $150,000 to $224,999...... | $1,625 | $5,000,000 to $14,999,999........... | $13,000 |
| $225,000 to $299,999...... | $1,950 | $15,000,000 to $29,999,999........ | $20,000 |
| $300,000 to $999,999...... | $4,875 | $30,000,000 or more................. | $30,000 |

*Interest will be assessed on Chapter 11 quarterly fees not paid by the end of the month following the end of the calander quarter pursuant to 31 U.S.C. Sec. 3717. The interest rate assessed is the rate in effect as determined by the Treasury Department at the time the account becomes past due.*

*Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)]*

# INCOME AND DISBURSEMENTS RECAP

**Debtor:** Galway Group Inc                **Case Number:** 15-18707

**Date Case was filed:** _____

This form is to be used to record Monthly Operating Reports' Income and Disbursements filed to date.
It serves as a running total of overall income, expenses and net income (or loss) for the case.

**Year: 2015**

|     | Inc | Exp | Net |
|-----|-----|-----|-----|
| Jan |     |     | 0   |
| Feb |     |     | 0   |
| Mar |     |     | 0   |
| Apr |     |     | 0   |
| May |     |     | 0   |
| Jun | 1   |     | 1   |
| Jul | 6,201 | 378 | 5,823 |
| Aug | 4,602 |     | 4,602 |
| Sep | 6,670 | 879 | 5,791 |
| Oct | 5,600 | 468 | 5,132 |
| Nov |     | 325 | (325) |
| Dec | 6,600 | 140 | 6,460 |
| **TOTAL** | **29,674** | **2,190** | **27,484** |

**Year: 2016**

|     | Inc | Exp | Net |
|-----|-----|-----|-----|
| Jan | 400 | 137 | 263 |
| Feb | 10,200 | 602 | 9,598 |
| Mar | 7,600 | 124 | 7,476 |
| Apr | 4,400 | 2,436 | 1,964 |
| May | 3,800 | 239 | 3,561 |
| Jun | 5,400 | 158 | 5,242 |
| Jul |     |     | 0   |
| Aug |     |     | 0   |
| Sep |     |     | 0   |
| Oct |     |     | 0   |
| Nov |     |     | 0   |
| Dec |     |     | 0   |
| **TOTAL** | **31,800** | **3,696** | **28,104** |

# Galway Group, Inc.
# Balance Sheet
### As of June 30, 2016

**Cash Basis**

|  | Jun 30, 16 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Galway Group, Inc. | 86,238.09 |
| **Total Checking/Savings** | 86,238.09 |
| **Total Current Assets** | 86,238.09 |
| **TOTAL ASSETS** | 86,238.09 |
| **LIABILITIES & EQUITY** | |
| **Equity** | |
| Opening Balance Equity | 30,639.12 |
| Retained Earnings | 27,495.46 |
| Net Income | 28,103.51 |
| **Total Equity** | 86,238.09 |
| **TOTAL LIABILITIES & EQUITY** | 86,238.09 |

# Galway Group, Inc.
## Profit & Loss
### June 2016

**Cash Basis**

|  | Jun 16 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Rental Income | 5,400.00 |
| **Total Income** | 5,400.00 |
| **Expense** | |
| Utilities | 157.81 |
| **Total Expense** | 157.81 |
| **Net Ordinary Income** | 5,242.19 |
| **Net Income** | 5,242.19 |

## Galway Group, Inc.
## Deposit Detail
### June 2016

| Type | Num | Date | Name | Account | Amount |
|------|-----|------|------|---------|--------|
| **Deposit** | | 06/23/2016 | | **Galway Group, Inc.** | **5,400.00** |
| | | | Rents | Rental Income | -5,400.00 |
| TOTAL | | | | | -5,400.00 |

# Galway Group, Inc.
# Check Detail
### June 2016

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| Check | 1019 | 06/27/2016 | Pepco | Galway Group, Inc. | | -157.81 |
| | | | | Utilities | -157.81 | 157.81 |
| TOTAL | | | | | -157.81 | 157.81 |

# Wells Fargo Business Choice Checking

Account number: ████████2811 ∎ June 1, 2016 - June 30, 2016 ∎ Page 1 of 4

017132 1 AV 0.376 1394557

THE GALWAY GROUP, INC.
DBA WILLIAM COYNE
DEBTOR IN POSSESSION
CH 11 CASE #15-18707 (MD)
PO BOX 422
CROWNSVILLE MD 21032-0422

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS** (1-800-225-5935)

TTY: 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (336)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

The plans you establish today will shape your business far into the future. The heart of the planning process is your business plan. Take the time now to build a strong foundation. Find out more at wellsfargoworks.com/plan.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|:-:|
| Business Online Banking | ☑ |
| Online Statements | ☐ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## ☑ IMPORTANT ACCOUNT INFORMATION

The section titled "Rights and Responsibilities" - "Are we allowed to close your account" and "When are you allowed to close your account" in your Account Agreement have been deleted and replaced by the following effective August 5, 2016.

**When can your account be closed?**

We can close your account at any time. If the account is closed, we may send the remaining balance on deposit in your account by traditional mail or credit it to another account you maintain with us.

We may, but are not required to allow you to leave on deposit sufficient funds to cover outstanding items to be paid from your account.

- If we do allow funds to remain on deposit, the terms and conditions of the Agreement will continue to apply until we make a final disbursement from your account.

- If we do not allow you to keep funds on deposit, we will not be liable for any loss or damage that may result from dishonoring any of your items that are presented or otherwise received after your account is closed.

Account number: ●●●●●●2811 ■ June 1, 2016 - June 30, 2016 ■ Page 2 of 4



- You can close your account at any time if the account is in good standing (e.g., does not have a negative balance or any restrictions on the account).

- If your account is an interest-earning account, it will cease to earn interest from the date you request it be closed.

- If your account has Overdraft Protection and/or Debit Card Overdraft Service, these services will be removed when you request to close your account.

- If your account balance does not reach zero within 30 days from the date of your request to close your account, we will charge you the applicable monthly service fee if you do not meet the requirements to avoid the monthly service fee. If the monthly service fee is greater than your account balance, only the amount equal to your account balance will be charged and your account will be closed.

- After 30 days, if your account balance does not reach zero, your account will be returned to active status and subject to all applicable fees. If your account is a variable interest earning account, the interest rates disclosed in the rate sheet in effect on the date your account is returned to active status will apply. We may change the interest rate for variable rate accounts at any time. You will need to reestablish Overdraft Protection and/or Debit Card Overdraft Service if desired by contacting your banker or calling the number on your statement.

## Activity summary

| | |
|---|---|
| Beginning balance on 6/1 | $80,995.90 |
| Deposits/Credits | 5,400.00 |
| Withdrawals/Debits | - 157.81 |
| **Ending balance on 6/30** | **$86,238.09** |
| | |
| Average ledger balance this period | $82,414.85 |

Account number: **1931982811**

**THE GALWAY GROUP, INC.**
**DBA WILLIAM COYNE**
**DEBTOR IN POSSESSION**
**CH 11 CASE #15-18707 (MD)**
*Maryland account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 055003201

For Wire Transfers use
Routing Number (RTN): 121000248

### Overdraft Protection
This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 6/23 | | Deposit | 5,400.00 | | 86,395.90 |
| 6/27 | 1019 | Check | | 157.81 | 86,238.09 |
| **Ending balance on 6/30** | | | | | 86,238.09 |
| **Totals** | | | **$5,400.00** | **$157.81** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of checks written *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount |
|---|---|---|
| 1019 | 6/27 | 157.81 |



Account number: ⬛⬛⬛2811 ∎ June 1, 2016 - June 30, 2016 ∎ Page 3 of 4

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 06/01/2016 - 06/30/2016 | Standard monthly service fee $14.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $7,500.00 | $82,415.00 ☑ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |
| · Qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 ☐ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 0 ☐ |
| · Enrollment in a linked Direct Pay service through Wells Fargo Business Online | 1 | 0 ☐ |
| · Combined balances in linked accounts, which may include | $10,000.00 | ☑ |
| - Average ledger balances in business checking, savings, and time accounts | | |
| - Most recent statement balance of Wells Fargo business credit cards, Wells Fargo Business Secured Credit Card, BusinessLine® line of credit, Wells Fargo Small Business Advantage® line of credit , Working Capital Line of Credit, Advancing Term Line of Credit, and BusinessLoan® term loan | | |
| - Combined average daily balances from the previous month for Wells Fargo Business PrimeLoan℠, Commercial Equity Loan, Commercial Refinance Loan, Commercial Purchase Loan, Commercial Equity Line of Credit, Small Business Advantage® loan, Equipment Express® loan, and Equipment Express® Single Event loan | | |

wx/wx

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 7,500 | 0 | 0.0030 | 0.00 |
| Transactions | 3 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

# ☑ IMPORTANT ACCOUNT INFORMATION

**Revised Agreement for Online Access**
We're updating our Online Access Agreement effective September 15, 2016.
To see what is changing, please visit wellsfargo.com/onlineupdates.

DC0031UTVR 017132  NNNNNNNNNN NNN NNY 002 002  336 091955   11585754.2



## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement ...................... $ _____

**ADD**

**B.** Any deposits listed in your          $ _____
register or transfers into          $ _____
your account which are not          $ _____
shown on your statement.          + $ _____

......................................... TOTAL $ _____

**CALCULATE THE SUBTOTAL**

(Add Parts A and B)

......................................... TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above ............. - $ _____

**CALCULATE THE ENDING BALANCE**

(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register ............................ $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | **Total amount** $ |

091956



©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801